IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:26-cv-304-MOC-WCM

PAULA J. PHILLIPS, *individually and* )
*on behalf of all others similarly situated,* )
)
        Plaintiff, )           ORDER
v. )
)
DENTSPLY SIRONA INC., )
)
        Defendant. )
_____

This matter is before the Court on a Joint Motion for Case Management Order and to Stay Discovery (the "Motion," Doc. 19). A hearing on the Motion was conducted on June 8, 2026 by video conference.

For the reasons stated in the Motion and as discussed during the hearing, the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The following briefing schedule with respect to a Motion to Compel Arbitration is **SET:**

   a. Defendant shall file the motion on or before **June 12, 2026**.

   b. Plaintiff's response shall be filed on or before **July 13, 2026**.

   c. Any reply by Defendant shall be filed on or before **August 17, 2026**.

2. In light of the parties' agreement that Plaintiff will not raise any procedural challenge on the grounds of waiver, see Doc. 19 at 3, in the

1

exercise of discretion, and to ensure clarity of record and the efficient handling of this matter, the deadline for Defendant to file an answer or otherwise respond to Plaintiff's Complaint is **TEMPORARILY STAYED** pending resolution of the forthcoming Motion to Compel Arbitration.

3. The parties' request to stay discovery and "any initial case management obligations" is **DENIED WITHOUT PREJUDICE**. See LCvR 26.1 ("Subject to the exception for Rule 34 requests as set forth in Fed. R. Civ. P. 26(d)(2), official Court-enforceable discovery does not commence until issuance of the Scheduling Order.").

Signed: June 8, 2026

W. Carleton Metcalf
United States Magistrate Judge