UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

Case No. 3:26-cv-00304

| | |
|---|---|
| PAULA J. PHILLIPS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DENTSPLY SIRONA INC.,<br><br>Defendant. | **DENTSPLY'S MOTION TO COMPEL ARBITRATION** |

Pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq*., Defendant Dentsply Sirona, Inc. ("Dentsply") hereby respectfully moves for an order compelling this action to arbitration per the parties' agreement or dismissing this action for the reasons set forth in the contemporaneously filed memorandum in support of this motion.

This the 12th day of June, 2026.


SMITH, ANDERSON, BLOUNT, DORSETT,
MITCHELL & JERNIGAN, L.L.P.

*/s/ H. Hunter Bruton*
H. Hunter Bruton (N.C. Bar No. 50601)
David A. Pasley (N.C. Bar No. 52332)
Daniel T. Harrell (N.C. Bar No. 64696)
P.O. Box 2611
Raleigh, NC 27602-2611
Telephone: (919) 821-1220
Facsimile: (919) 821-6800
hbruton@smithlaw.com
dpasley@smithlaw.com
dharrell@smithlaw.com

*Counsel for Dentsply Sirona Inc.*

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record and pro se parties who have consented to electronic service.

This the 12th day of June, 2026.

*/s/ H. Hunter Bruton*