**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CASE NO. 3:26-CV-00304**

PAULA J. PHILLIPS, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

DENTSPLY SIRONA INC.,

Defendant.

---

**JOINT STIPULATION AND NOTICE REGARDING FIRST AMENDED COMPLAINT**

Counsel for Plaintiff Paula J. Phillips and Defendant Dentsply Sirona, Inc. ("Defendant Dentsply"), through undersigned counsel, stipulate as follows pursuant to Rule 15(a)(2), Federal Rules of Civil Procedure:

1. Rule 15(a)(2) provides that a party may amend its pleading with the opposing party's written consent.

2. On April 20, 2026, Plaintiff Ms. Phillips, through undersigned counsel, filed the Complaint in this action against Defendant Dentsply. (DE 1). She alleges a single count under Florida's consumer protection statute, individually and as a putative representative of a Florida state class.

3. Undersigned counsel for Ms. Phillips has been retained by others around the country who also seek to bring claims against Defendant Dentsply under various other states' consumer protection statutes.

4. Plaintiff Ms. Phillips, through undersigned counsel, seeks to amend the Complaint to include the claims of various other plaintiffs against Defendant Dentsply under those

individuals' respective state consumer protection statutes. The general factual allegations in the original Complaint are essentially the same. The First Amended Complaint includes 19 plaintiffs (including Ms. Phillips), suing individually and as putative representatives of 11 state classes (including Florida). And the causes of action are based on those 11 states' consumer protection statutes (including Florida). Defendant Dentsply consents to the filing of the First Amended Complaint under the conditions set forth herein.

5. It is understood and agreed that, in entering this stipulation, no party waives any motions, arguments, theories, positions, or defenses in this action, with the sole exception that, in the interest of saving the expense of formal service, Dentsply waives any objections to the absence of formal service of summonses and the First Amended Complaint. Among other things, any motions or arguments by Defendant Dentsply with respect to compelling arbitration are preserved and unaffected by the entry of this stipulation. In addition, Dentsply preserves its argument that, for purposes of the applicable statutes of limitations, the date of filing for the 18 new plaintiffs should be the date the Amended Complaint is filed—rather than the date the original Complaint was filed.

6. The parties agree that the filing of the First Amended Complaint renders moot the presently pending motion to compel arbitration of Ms. Phillips's original Complaint. (DE 22). It is anticipated that Defendant Dentsply will similarly move to compel arbitration of the claims in the First Amended Complaint. The undersigned counsel are in discussions regarding the entry of a mutually agreeable, proposed briefing schedule for the Court's consideration on Defendant Dentsply's anticipated motion directed to the First Amended Complaint.

**LEE SEGUI, PLLC**
421 N. Harrington St.
Suite 460
Raleigh, NC 27603
Telephone: 919-421-7784

By: /s/ Matthew E. Lee
Matthew E. Lee
N.C. Bar No. 35405
mlee@leesegui.com
Jeremy R. Williams
N.C. Bar No. 48162
jwilliams@leesegui.com
Katharine W. Batchelor
N.C. Bar No. 58261
kbatchelor@leesegui.com

**LAW OFFICES OF JORDAN A. DRESNICK, PLLC**
901 Brickell Key Blvd.
Suite 2901
Miami, FL 33146
Tel.: 786-220-8785

By: /s/ Jordan A. Dresnick
Jordan A. Dresnick*
Florida Bar No. 058529
E-mail: jordandresnick@gmail.com

**GROSSMAN YAFFA COHEN, P.A.**
2525 Ponce de Leon Boulevard, Suite 1150
Coral Gables, FL 33134
Telephone: 305-442-8666
Facsimile: 305-285-1668

By: /s/ Manuel A. Arteaga-Gomez
Stuart Z. Grossman*
Fla. Bar No. 156113
szg@gyclawfirm.com
Manuel A. Arteaga-Gomez*
Fla. Bar. No. 18122
aag@gyclawfirm.com
Ryan J. Yaffa*
Fla. Bar. No. 1026131
rjy@grossmanroth.com
Abigail Wettstein*

Fla. Bar. No. 1070053
aw@gyclawfirm.com

*Attorneys for Plaintiffs*

**Admitted Pro Hac Vice*

/s/ H. Hunter Bruton
H. Hunter Bruton
N.C. Bar No. 50601
hbruton@smithlaw.com
David A. Pasley
N.C. Bar No. 52332
dpasley@smithlaw.com
SMITH, ANDERSON, BLOUNT,
DORSETT, MITCHELL & JERNIGAN,
L.L.P.
P.O. Box 2611
Raleigh, North Carolina 27602
Telephone:919.821.1220
Facsimile:919.821.6800

*Counsel for Defendant*